IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-534-F

| | |
|---|---|
| LISA M. MILLER and her husband, ROBERT ANTHONY MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **ORDER** |

The court having been advised that the parties hereto have compromised and settled all matters in controversy among them, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **September 30, 2011**. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **September 30, 2011**. The Clerk of Court is DIRECTED to remove this matter from the undersigned's trial calendar.

SO ORDERED.

This the 24th day of August, 2011.

*James C. Fox*
James C. Fox
Senior United States District Judge